[No. 9166–2–I.   Division One.   March 31, 1982.]

THE CITY OF SEATTLE, *Respondent,* v. DEAN
EDWARD DEEDS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–01861–9, Eugene G. Cushing, J., entered
August 7, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by James and Swanson, JJ.

[No. 9356–8–I.   Division One.   March 31, 1982.]

THE STATE OF WASHINGTON, *Appellant,* v. TIMOTHY
W. HEESE, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–02732–4, David C. Hunter, J., entered
October 3, 1980. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Swanson, J., Corbett, J., dissenting.

[No. 9694–0–I.   Division One.   March 31, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DORIS
J. MURPHY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–03749–4, Richard McDermott, J. Pro
Tem., entered November 21, 1980. *Affirmed* by unpublished
opinion per Swanson, J., concurred in by James and Callow,
JJ.

[No. 9212–0–I.   Division One.   March 31, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. SHAWN
S. SAINSBURY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–00225–9, H. Joseph Coleman, J., entered
August 13, 1980. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Durham, A.C.J., and James, J.